**Donna M. CONNER, Plaintiff—Appellant,**

v.

**LIONS GATE ENTERTAINMENT CORPORATION; Tim Stephen; Sandra Stern; Jessica Barondes, Defendants—Appellees.**

No. 08–2024.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 15, 2009.

Decided: Jan. 21, 2009.

Donna Marie Conner, Appellant Pro Se. David James Sensenig, Leclair Ryan, PC, Roanoke, Virginia, Charles Michael Sims, Leclair Ryan, PC, Richmond, Virginia, for Appellees.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donna Marie Conner appeals the district court's order denying her Rule 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we deny Conner's motion to appoint counsel and transfer case, and affirm for the reasons stated by the district court. *Conner v. Lions Gate Entm't Corp.,* No. 4:04–cv–00117–HCM–JEB (E.D.Va. Aug. 7, 2008).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*